# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:04CV180-1-MU

|  |  |
|---|---|
| ALEX DAVE ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | **ORDER** |
| ) | |
| SERGEANT RICE, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon Plaintiff's Motion to Compel, filed October 25, 2005.

Plaintiff moves the Court in his Motion to Compel for a court order compelling Defendant Rice to produce a variety of documents and information. Plaintiff states that he requested these documents from her on June 13, 2005, and September 26, 2005, but has not yet received them.

In response Defendants' inform the Court that they have in fact responded to all four of Plaintiff's Request for Production of Documents. A review of Defendants' responses reveal that Defendant's have produced a variety of documents and information and have informed Plaintiff that certain documents do not exist. While Defendants have listed certain objections to most requests, they appear to substantively respond to all of Plaintiff's requests. Plaintiff does not specify how Defendants responses are insufficient and the responses appear on their face to be reasonable. Consequently, this Court denies Plaintiff's Motion to Compel.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Compel is **DENIED**.

**Signed: December 20, 2005**

*Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge