**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV180-1-MU**

|  |  |  |
|---|---|---|
| ALEX DAVE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| SERGEANT RICE,  et al., | ) | |
| | ) | |
| Defendants. | ) | |

 **THIS MATTER** comes before the Court upon Plaintiff's Motion to Compel, filed April 14, 2006.

 Plaintiff moves the Court for a court order compelling Defendants to produce a copy of all of his prison records.  Since the filing of Plaintiff's motion, Defendants have filed a Motion for Summary Judgment attaching copies of Plaintiff's medical records, his sick call appointment requests, and a list of his disciplinary infractions.   Plaintiff does not state specifically what documents he seeks and why.  Due to the fact that Defendants have, through their Motion for Summary Judgment, provided Plaintiff with copies of a substantial portion of his prison records and because Plaintiff fails to specify a coherent reason as to what other documents he would need, Plaintiff's Motion to Compel is denied.

1

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Compel is **DENIED**.

Signed: June 5, 2006

Graham C. Mullen
United States District Judge