# United States District Court
# For The Western District of North Carolina
# Asheville Division

Alex Dave Alexander,

        Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                           1:04cv180

Sgt. Terena Rice, er al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 18, 2006 Order.

                                                         FRANK G. JOHNS, CLERK

July 18, 2006

                                                            s/Joan Gosnell
                                         BY: _____
                                                        Joan Gosnell, Deputy Clerk