**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV180-1-MU**

|  |  |  |
|---|---|---|
| ALEX DAVE ALEXANDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| SERGEANT GRICE, <u>et al.</u>, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the Court upon Plaintiff's Motion for Reconsideration, filed July 31, 2006.

    On July 18, 2006, this Court dismissed Plaintiff's § 1983 Complaint. Plaintiff now asks this Court to reconsider its earlier ruling. Plaintiff's motion provides no basis, nor can this Court discern any reason, for vacating its earlier Order dismissing Plaintiff's Complaint.

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.

Signed: October 18, 2006

Graham C. Mullen
United States District Judge